IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>   Blanche H Wreath<br><br>   Debtor(s). | In proceedings under<br>Chapter 13<br><br>Bk. No.:  16-31882 |

## TRUSTEE'S MOTION TO COMPEL

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and in support of his Motion states as follows

1. The instant case was filed on December 16, 2016.

2. Russell C. Simon was appointed as the Trustee on December 16, 2016.

3. On December 27, 2021, the Trustee emailed Debtor(s)' Counsel requesting the Verification of Compliance with Debtor(s)' duties and obligation regarding disclosure of Property of the Estate be provided within 21 days; to date, no Verification has been submitted.

4. The Trustee cannot proceed with the closing of the instant case until the required Verification is submitted.

5. As such, the Trustee seeks an Order compelling the Debtor(s) to submit the requisite Verification of Compliance.

Wherefore, the Trustee prays this Court for an Order compelling Debtor(s) to submit an Verification of Compliance with Debtor(s)' duties and obligation regarding disclosure of Property of the Estate within 30 days and for all other relief this Court deems just and equitable.

/s/ Russell C. Simon
RUSSELL C. SIMON, Trustee
Chapter 13 Trustee
24 Bronze Pointe
Swansea, Illinois  62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

Dated: January 18, 2022
LD

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Motion to Compel Amended Plan was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, January 18, 2022.

/s/Lisa

Blanche H Wreath
213 Picker Ave
Wood River, IL  62095

KARL J WULFF
430 REGENCY CENTRE
COLLINSVILLE, IL 62234